# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Scott J. Bourque
Louisiana State Prison DOC No. 76281
Death Row , G-Tier #3
Angola LA 70712

Kathleen Kelly
Attorney at Law
1340 Poydras Street, Ste 1700
New Orleans LA 70112

**REHEARING ACTION: November 12, 2014**

**Docket Number: 14   00524-KH**

**STATE OF LOUISIANA**
**VERSUS**
**SCOTT J. BOURQUE**

**Writ Application from St. Martin Parish Case No. 90-116,325, 138,657**

**BEFORE JUDGES:**

**Hon. Billy Howard Ezell**
**Hon. Shannon J. Gremillion**
**Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Scott J. Bourque** has this day been

**DENIED.**

cc: Hon. J. Phillip Haney, Counsel for  the Respondent